

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-3-2004

# USA v. Sparrow

Precedential or Non-Precedential: Precedential

Docket No. 02-3571

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"USA v. Sparrow" (2004). *2004 Decisions.* Paper 380.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/380

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

No. 02-3571

UNITED STATES OF AMERICA

v.

GAYLORD SPARROW,

Appellant

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Criminal Action No. 99-cr-00290)
District Judge: Honorable Harvey Bartle, III

Submitted Under Third Circuit LAR 34.1(a)
March 23, 2004

Before: ROTH, AMBRO, and CHERTOFF, Circuit Judges

(Opinion filed June 15, 2004)

Stephen J. Binhak, Esq.
3103 Philmont Avenue
Huntingdon Valley, PA  19006

   *Attorney for Appellant*

Patrick L. Meehan
United States Attorney
Laurie Magid
Deputy United States Attorney
Emily McKillip
Assistant United States Attorney
Judy Goldstein Smith
Assistant United States Attorney

615 Chestnut Street
Philadelphia, PA   19106

*Attorneys for Appellee*

## ORDER  AMENDING  PUBLISHED  OPINION

AMBRO, *Circuit Judge*

It is now ordered that the published Opinion in the above case filed June 15, 2004, be amended as follows:

On page three, in footnote 3, second line, delete the hyphen (– ) between the words "opinion" and "United", and replace it with a period, followed by two spaces, the word "See" and a space.  The lines should read, "We did address it, however, in a not precedential opinion.  See United States v. Morgan, 33 Fed. Appx. 603 (3d Cir. 2002)."

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: August 3, 2004